FLOWER et al. v. KANSAS, O. & G. RY. CO. et al. (Circuit Court of Appeals, Eighth Circuit. December 9, 1921.) No. 5945. Appeal from the District Court of the United States for the Eastern District of Oklahoma. Jules C. Rosenberger and Justin D. Bowersock, both of Kansas City, Mo., for appellants. Edward R. Jones and Ephraim H. Foster, both of Muskogee, Okl., Cyril F. Dos Passos, of New York City, and George H. Williams, of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellants.

---

FOX FILM CORPORATION v. KNOWLES et al. (2 cases.) (Circuit Court of Appeal, Second Circuit. January 26, 1922.) Nos. 191, 203. Appeal from the District Court of the United States for the Southern District of New York. Appeal from the District Court of the United States for the Eastern District of New York. Separate suits in equity by the Fox Film Corporation against Frederick M. Knowles, William O. McWatters, and others, and against Frederick M. Knowles, Joseph Klein, and others, for infringement of copyrights. Decrees for defendants in each case (274 Fed. 731, 275 Fed. 582), and complainant appeals. Affirmed. Saul E. Rogers, of New York City (Percy Peiliger, of New York City, of counsel), for appellant. Bick, Godnick & Freedman, of Brooklyn, N. Y. (Fred F. Weist, of Brooklyn, N. Y., of counsel), for appellees. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decrees affirmed, on authority of Silverman v. Sunrise, etc., Corp. (C. C. A.) 273 Fed. 909.

---

THE INLAND. (Circuit Court of Appeals, Second Circuit. March 16, 1922.) No. 245. Appeal from the District Court of the United States for the Eastern District of New York. Libel in admiralty by Leo Ryder and others against the steamship Inland, of which the Coastwise Transportation Company was claimant, to recover penalty for wrongful discharge. From a decree dismissing the libel (271 Fed. 1008), libelants appeal. Affirmed. Frederick R. Graves, of New York City (Sylvan Lehmayer, Jr., of New York City, of counsel), for appellants. Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (L. De Grove Potter, of New York City, and E. B. Long, Jr., of White Plains, N. Y., of counsel), for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

---

THE IRVING G. KELLER. (Circuit Court of Appeals, Second Circuit. March 27, 1922.) No. 242. Appeal from the District Court of the United States for the Southern District of New York. Libel in admiralty by the Cornell Steamboat Company against the steam tug Irving G. Keller, of which Gerard N. Keller and another were claimants. Decree dismissing the libel, and libelant appeals. Affirmed. Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine, of New York City, of counsel), for appellant. Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for appellees. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.